IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHU YOUNG YI,

   Petitioner,

     v.

BRUCE CHATMAN
Warden, et al.,

   Respondent.

CIVIL ACTION FILE
NO. 1:09-CV-1505-TWT

## ORDER

This is a pro se Petition for Writ of Habeas Corpus. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending that the Petition be dismissed as a second or successive Petition requiring prior authorization from the Eleventh Circuit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 24 day of September, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge